UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
NOV 12 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-78-DLB-CJS

**ADEN VELASQUEZ,**
**BRADLEY THOMAS LOVELACE, and**
**DANNY VELASQUEZ**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 922(a)(6)**
**18 U.S.C. § 2**

On or about April 8, 2025, in Boone County, in the Eastern District of Kentucky,

**DANNY VELASQUEZ and**
**ADEN VELASQUEZ,**

aiding and abetting each other, in connection with the attempted acquisition of a firearm, that is, a Romarm / Cugir, Model Micro Draco, 7.62x39mm caliber pistol bearing serial number 24PMD-63162, from a licensed dealer of firearms within the meaning of 18 U.S.C., Ch. 44, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such acquisition of the firearm by **DANNY VELASQUEZ** under 18 U.S.C., Ch. 44, in that **DANNY VELASQUEZ** did execute a Department of Justice, Bureau of Alcohol,

Tobacco, Firearm, and Explosives Form 4473 Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when, in fact, as **DANNY VELASQUEZ** then knew, he was not the actual transferee/buyer of the firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2) and 18 U.S.C. § 2.

**COUNT 2**
**18 U.S.C. § 922(a)(6)**
**18 U.S.C. § 2**

On or about September 15, 2025, in Boone County, in the Eastern District of Kentucky,

**BRADLEY THOMAS LOVELACE and**
**ADEN VELASQUEZ,**

aiding and abetting each other, in connection with the acquisition of a firearm, that is, a Glock, Model 19X, 9mm caliber pistol bearing serial number CFSN493, from a licensed dealer of firearms within the meaning of 18 U.S.C., Ch. 44, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such acquisition of the firearm by **BRADLEY THOMAS LOVELACE** under 18 U.S.C., Ch. 44, in that **BRADLEY THOMAS LOVELACE** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearm, and Explosives Form 4473 Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when, in fact, as **BRADLEY THOMAS LOVELACE** then knew, he was not the actual transferee/buyer of the firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2) and 18 U.S.C. § 2.

**COUNT 3**
**18 U.S.C. § 922(a)(6)**
**18 U.S.C. § 2**

On or about September 30, 2025, in Boone County, in the Eastern District of Kentucky,

**DANNY VELASQUEZ and**
**ADEN VELASQUEZ,**

aiding and abetting each other, in connection with the acquisition of a firearm, that is, a Palmetto State Armory, Model AR-15, .223/5.56 caliber pistol bearing serial number B00103064, from a licensed dealer of firearms within the meaning of 18 U.S.C., Ch. 44, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such acquisition of the firearm by **DANNY VELASQUEZ** under 18 U.S.C., Ch. 44, in that **DANNY VELASQUEZ** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearm, and Explosives Form 4473 Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when, in fact, as **DANNY VELASQUEZ** then knew, he was not the actual transferee/buyer of the firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2) and 18 U.S.C. § 2.

**COUNT 4**
**18 U.S.C. § 924(c)(1)(A)**

On or about November 10, 2025, in Boone County, in the Eastern District of Kentucky,

**ADEN VELASQUEZ**

knowingly possessed a firearm, that is, a Glock, Model 19 Gen 5, 9mm caliber pistol bearing

serial number AFHM775, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of a mixture or substance containing a detectable amount of marijuana, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offenses alleged in the Indictment, **ADEN VELASQUEZ, BRADLEY THOMAS LOVELACE, and DANNY VELASQUEZ** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924. Any and all interest that **ADEN VELASQUEZ, BRADLEY THOMAS LOVELACE, and DANNY VELASQUEZ** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a. Glock, Model 19X, 9mm caliber pistol bearing serial number CFSN493;
b. Palmetto State Armory, Model AR-15, .223/5.56 caliber pistol, bearing serial number B00103064;
c. Glock 19, Model Gen 5, 9mm caliber pistol bearing serial number AFHM775; and
d. All associated ammunition.

A TRUE BILL

[redacted]

JASON D. PARMAN
UNITED STATES ATTORNEY

ANDREW A. SPIEVACK
ASSISTANT UNITED STATES ATTORNEY

# PENALTIES

| | |
|---|---|
| **COUNTS 1–3:** | Not more than 10 years of imprisonment, a $250,000 fine, and 3 years of supervised release. |
| **COUNT 4:** | Not less than 5 years of imprisonment to run consecutive to any other term of imprisonment imposed, and not more than a $250,000 fine and 5 years of supervised release. |
| **PLUS:** | Forfeiture of all listed property. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |